UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRELYN JESUS GUZMAN-SAGASTUME,

Petitioner,

v.

BRUCE SCOTT, et al.,

Respondents.

CASE NO. 2:26-cv-04393-JNW

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER WITH LEAVE TO RENEW

On November 12, 2026, the Court received Habeas Petitioner Frelyn Jesus Guzman-Sagastume's motion for a temporary restraining order ("TRO"). Dkt. No. 2. Guzman-Sagastume was arrested by Immigration and Customs Enforcement ("ICE") and is detained at the Northwest ICE Processing Center ("NWIPC"). His motion asks the Court to prohibit "Respondents from removing [him] from the United States and from moving [him] out of the Western District of Washington while [his] habeas petition is pending." *Id.* at 1. Alternatively, it asks that "the Court order Respondents to file a notice on the docket at least 72 hours before any transfer[.]" *Id.*

After it received Guzman-Sagastume's petition and TRO motion, the Court entered its standard scheduling order for immigration habeas cases, which requires Respondents to provide "at least 7 days' notice prior to any action to move or transfer Petitioner from the Western District of Washington or to remove them from the United States." Dkt. No. 5 at 2. It also requires Respondents to "file the notice of intent to transfer or remove on the Court's docket" and to "file a notice on the docket if the transfer or removal is completed." *Id*. Thus, the Court has already provided relief to prevent the harm Guzman-Sagastume identifies. However, if circumstances change, including if Respondents provide notice of intent to remove or transfer, Guzman-Sagastume may renew his TRO motion.

Accordingly, the TRO motion is DENIED with leave to renew if circumstances change. Dkt. No. 2.

Dated this 13th day of November, 2026.

Jamal N. Whitehead
United States District Judge